NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**MYLAN PHARMACEUTICALS INC., AMGEN USA, INC., BIOCON BIOLOGICS INC., CELLTRION, INC., FORMYCON AG, AMGEN INC.,**
*Defendants*

**SAMSUNG BIOEPIS CO., LTD.,**
*Defendant-Appellant*

---

2024-1965, 2024-1966, 2024-2082, 2024-2083

---

Appeals from the United States District Court for the Northern District of West Virginia in Nos. 1:22-cv-00061-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, and 1:24-md-03103-TSK-JPM, Chief Judge Thomas S. Kleeh.

-------------------------------------------------

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**MYLAN PHARMACEUTICALS INC., BIOCON BIOLOGICS INC.,**
*Defendants-Appellants*

**AMGEN USA, INC., CELLTRION, INC., SAMSUNG BIOEPIS CO., LTD., FORMYCON AG, AMGEN INC.,**
*Defendants*

_____

2024-2002

_____

Appeal from the United States District Court for the Northern District of West Virginia in Nos. 1:22-cv-00061-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, and 1:24-md-03103-TSK-JPM, Chief Judge Thomas S. Kleeh.

-------------------------------------------------

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**MYLAN PHARMACEUTICALS INC., AMGEN USA, INC., BIOCON BIOLOGICS INC., CELLTRION, INC., SAMSUNG BIOEPIS CO., LTD., AMGEN INC.,**
*Defendants*

**FORMYCON AG,**
*Defendant-Appellant*

_____

2024-2009, 2024-2019, 2024-2156

_____

Appeals from the United States District Court for the Northern District of West Virginia in Nos. 1:22-cv-00061-TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, and 1:24-md-03103-TSK-JPM, Chief Judge Thomas S. Kleeh.

---

## ON MOTION

---

## O R D E R

Regeneron Pharmaceuticals, Inc. submits a motion for reconsideration of the court's August 29, 2024 order and for Appeal No. 2024-2002 to be considered a companion appeal to Appeal Nos. Nos. 2024-1965 et al. and 2024-2009 et al.

Upon consideration thereof,

IT IS ORDERED THAT:

Any response to the motion is due no later than September 19, 2024. Any reply is due no later than September 23, 2024.

FOR THE COURT

September 13, 2024
Date

Jarrett B. Perlow
Clerk of Court