# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**MYLAN PHARMACEUTICALS INC., AMGEN USA, INC., BIOCON BIOLOGICS INC., CELLTRION, INC., FORMYCON AG, AMGEN INC.,**
*Defendants*

**SAMSUNG BIOEPIS CO., LTD.,**
*Defendant-Appellant*

---

2024-1965, 2024-1966, 2024-2082, 2024-2083

---

Appeals from the United States District Court for the Northern District of West Virginia in Nos. 1:24-md-03103-TSK-JPM, 1:22-cv-00061 -TSK-JPM, 1:23-cv-00089-TSK-JPM, 1:23-cv-00094-TSK-JPM, 1:23-cv-00097-TSK-JPM, 1:23-cv-00106-TSK-JPM, 1:24-cv-00039-TSK-JPM, 1:24-cv-00053-TSK, Chief Judge Thomas S. Kleeh.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 29, 2025
Date

Jarrett B. Perlow
Clerk of Court